[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-12642

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

TANYA M. LEGG,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:19-cr-00224-WWB-EJK-2

_____

Before WILSON, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

The government's motion to dismiss the notice of appeal as untimely is GRANTED, and this appeal is DISMISSED. Tanya Legg, a federal prisoner proceeding *pro se*, appeals the district court's denial of her motion for compassionate release. The applicable time limit required her to file her notice of appeal on or before September 29, 2021, 14 days after the district court's order was entered on September 15, 2021. *See* Fed. R. App. P. 4(b)(1)(A)(i); *United States v. Fair*, 326 F.3d 1317, 1318 (11th Cir. 2003). Her notice of appeal, deemed filed on July 25, 2022, is therefore untimely. *See* Fed. R. App. P. 4(c)(1); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014). The government moves to dismiss the notice of appeal as untimely, and so we "must apply the time limits of Rule 4(b)." *United States v. Lopez*, 562 F.3d 1309, 1313-14 (11th Cir. 2009).

Additionally, Legg is not eligible for relief under Rule 4(b)(4) because she filed her notice of appeal outside the additional 30-day period for an extension of time to appeal, which ended on October 29, 2021. *See* Fed. R. App. P. 4(b)(4); *Lopez*, 562 F.3d at 1314; *United States v. Ward*, 696 F.2d 1315, 1317-18 (11th Cir. 1983).